UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELLO PRODUCTS, LLC,<br><br>    Plaintiff,<br>vs.<br><br>UNCONDITIONAL LOVE INC.,<br><br>    Defendant. | CA No. 2:20-cv-12618-KM-JBC<br><br>**STIPULATION AND ORDER ADJOURNING SCHEDULE** |

    **WHEREAS**, Plaintiff and Counter-Defendant Hello Products, LLC ("Hello") moved to dismiss the counterclaims of Defendant and Counter-Claimant Unconditional Love Inc. d/b/a Hello Bello ("Hello Bello") on January 15, 2021; Hello Bello's response is due February 12, 2021; Hello's reply brief is due on February 22, 2021; and the return date for the Motion to Dismiss is March 1, 2021, as set out in Stipulation and Order Extending Time to Respond to Complaint, Dkt. No. 16 (Dec. 9, 2020); and

    **WHEREAS**, on January 26, 2021, this Court held a Rule 26(f) Scheduling Conference and issued a Pretrial Scheduling Order, Dkt. No. 18 (Jan. 15, 2021) ("Scheduling Order");

    **WHEREAS**, the Scheduling Order (¶ 3) set February 26, 2021, as the last date on which interrogatories, initial requests for production, and initial requests for admissions may be served;

    **WHEREAS**, the Scheduling Order (¶ 8) set March 15, 2021, as the last date on which the parties may file a proposed confidentiality order with the Court;

    **WHEREAS**, the Scheduling Order (¶ 3) set March 29, 2021, as the last date on which responses to interrogatories, initial requests for production, and initial requests for admissions may be served;

    **WHEREAS**, the Scheduling Order (¶ 7) set April 19, 2021, as the last date on which the parties may bring unresolved discovery disputes before the Court; and

    **WHEREAS**, the parties seek additional time to discuss a potential settlement.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their respective attorneys, as follows:

1. Certain deadlines ordered by the Court shall be adjourned while the parties discuss settlement such that the new deadlines are as follows:

| Event | Last Date (Current) | Last Date (New) |
|---|---|---|
| Hello Bello shall file any opposition to the Motion to Dismiss | 02/12/2021 | 04/09/2021 |
| Hello shall file any reply brief in further support of the Motion to Dismiss | 02/22/2021 | 04/30/2021 |
| Parties may serve interrogatories, initial requests for production of documents, and initial requests for admissions | 02/26/2021 | 04/30/2021 |
| Return date for the Motion to Dismiss | 03/01/2021 | 05/07/2021 |
| Parties may submit any proposed confidentiality order | 03/15/2021 | 05/10/2021 |
| Parties may respond to any interrogatories, initial requests for production of documents, and initial requests for admissions | 03/29/2021 | 06/04/2021 |
| Parties may bring any unresolved discovery disputes (other than those that arise during depositions) before the Court | 04/19/2021 | 06/22/2021 |

2. All remaining dates set forth in the Scheduling Order shall remain unchanged.

3. For purposes of this stipulation, electronic signatures shall be considered as original.

DATED:  February 5, 2021

| | |
|---|---|
| O'TOOLE SCRIVO, LLC | RAUCHWAY LAW |
| */s/ Thomas P. Scrivo* | */s/ Marisa Rauchway Sverdlov* |
| Thomas P. Scrivo (#029101989)<br>James DiGiulio (#013582006)<br>14 Village Park Road<br>Cedar Grove, NJ 07009<br>(973) 239-5700 | Marisa Rauchway Sverdlov<br>RAUCHWAY LAW<br>195 Fairfield Avenue, #4D<br>West Caldwell, New Jersey 07006<br>(973) 826-4098<br>mrauchway@rauchwaylaw.com |
| Allison W. Buchner (admitted *pro hac vice*)<br> KIRKLAND & ELLIS LLP<br>2049 Century Park East<br>Los Angeles, CA  90067<br>(310) 552-4200<br>allison.buchner@kirkland.com | Christopher Chatham (admitted *pro hac vice*)<br>CHATHAM LAW GROUP<br>2046 Hillhurst Ave.<br>Los Angeles, California 90027<br>(213) 277-1800<br>chris@chathamfirm.com |
| Dale M. Cendali (admitted *pro hac vice*)<br>Johanna Schmitt (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York  10022<br>(212) 447-4800<br>dale.cendali@kirkland.com<br>johanna.schmitt@kirkland.com | Douglas J. Dixon (admitted *pro hac vice*)<br>Allison L. Libeu (admitted *pro hac vice*)<br>HUESTON HENNIGAN LLP<br>620 Newport Center Drive, Suite 1300<br>Newport Beach, California 92660<br>(949) 229-8640<br>ddixon@hueston.com<br>alibeu@hueston.com |
| *Attorneys for Plaintiff and Counter-Defendant Hello Products LLC* | *Attorneys for Defendant and Counter-Claimant Unconditional Love Inc. d/b/a Hello Bello* |

SO ORDERED

DATED:                                                                 _____

                                                                                         HON. KEVIN MCNULTY

                                                                                         United States District Judge

3